UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| DAVID A. POTTS | \* |
| | \* Case No.: |
| Plaintiff, | \* |
| v. | \* |
| S-Box , LLC | \* |
| Defendant. | \* JANUARY 12, 2009 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**VERIFIED COMPLAINT**

SUMMARY OF CLAIMS

This is an action for infringement of United States Patent #7,374,670  ("the '670 Patent")in which damages and injunctive relief are sought.

PARTIES

1. David A. Potts is a Connecticut citizen residing at 385 Roast Meat Hill Road,  Killingworth, Connecticut.

2. S-Box, LLC ("S-Box") is a Connecticut limited liability corporation with a principal place of business at 56 Olympus Parkway, Middletown, Connecticut.

JURISDICTION

3. The instant claims are predicated on infringement of a patent issued by the United States Patent Office. Accordingly, this Court has subject matter jurisdiction of the instant civil action pursuant to 28 U.S.C. §1338.

FACTS

4. Mr. Potts filed a non-provisional patent application, serial number 11/340,917 on January 27, 2006 which issued as the '670 patent on May 20, 2008 describing a device for a high aspect ratio waste water system ("the Device").

5. The '670 patent described the Device which generally included claims for a wastewater treatment system which included a leaching conduit, a pipe for fluid communication with a high aspect ratio infiltration system designed to allow for aerobic conditions around the leaching system.

6. Mr. Potts markets and installs the Device through his business known as Geomatrix Systems, LLC located in Killingworth, Connecticut and by which he makes his living.

7. During the term of the '670 Patent, S-Box, LLC has marketed, sold and distributed a device commercially known as the S-Box, SB-1 and SB-2 series which employ a high aspect ratio infiltration system including a channel in fluid communication with a U-shaped geonet with a high aspect ratio between 96 and 3. ("the Infringing Device").

8. S-Box recently applied for and received approval from the Connecticut Department of Public Health to install the S-Box in Connecticut which approval , upon information and belief, will become effective in January, 2009.

9. S-Box, LLC is not licensed or in any way authorized by David Potts to market, distribute, sell or install the Infringing Device.

10. In the known configurations of the S-Box the Infringing Device would infringe upon

claim 6 of the '670 Patent and thus, S-Box is thereby actively inducing the infringement of the '866 Patent in violation of 15 U.S.C. §271(b).

11.   Upon information and belief, S-Box, LLC, in order to receive approval from the State of Connecticut Department of Public Health to install the Infringing Device, has installed the Infringing Device thereby directly infringing upon the '670 Patent in violation of 15 U.S.C. §271(b).

12.  S-Box, LLC is actively marketing infringing installations in Mr. Potts' home state of Connecticut.

13.  Despite demand to purchase the rights to use the technology represented in the '670 Patent, S-Box, LLC has failed and refused to either purchase a license or to cease the infringing activities described above.

COUNT I

Patent Infringement: Injunctive Relief

5. Pursuant to 35 U.S.C. §283, Mr. Potts, upon the facts set forth in this Complaint, is entitled to injunctive relief prohibiting S-Box, LLC from further infringement of the '670 Patent and enjoining any operation of the Infringing Device or any manufacture, assignment or installation of any other device which infringes the '670 Patent.

6. There is substantial likelihood that Mr. Potts will prevail upon the merits in the final adjudication of this civil action.

7. Infringement of the '670 Patent results in irreparable injury to David Potts for which there is no adequate remedy at law. Congress in recognition of this fact, has enacted 35 U.S.C. §283 expressly authorizing injunctive relief against patent infringement in order to

preserve the federally mandated monopoly created by federal law for the benefit of the patent holder.

8. The hardship upon Mr. Potts which will ensue from not enjoining infringement of the '670 Patent is that other competitors in the marketplace, upon seeing S-Box, LLC's marketing of its infringing use of the Patent, may believe that they, too, may engage in similar infringing activities, thereby threatening to erode Mr. Potts's market for the technology protected by the Patent. Further, as S-Box, LLC's infringement is targeted toward David Pott's home state, the damage is directed toward the base of operations and marketing for Mr. Pott's patent upon which future expanded operations will rely.

9. The issuance of the injunction will not disserve the public interest. To the contrary, granting the injunctive relief sought will serve the express national policy of protecting federally created patent rights.

10. For these reasons, Mr. Potts seeks a temporary restraining order, a preliminary injunction, and a permanent injunction.

COUNT II

Patent Infringement: Damages

11. The conduct of S-Box, LLC as alleged herein constitutes patent infringement entitling Mr. Potts to damages and all other remedies at law or in equity pursuant to 35 U.S.C. §281.

12. Pursuant to 35 U.S.C. §284, Mr. Potts is entitled to an accounting by S-Box, LLC of all revenues received through the commercial production, sales and installation of the Infringing Device, to the imposition of a constructed trust for the benefit of Mr. Potts upon all such funds in the custody or control of S-Box, LLC, and to such other damages to which Mr. Potts may be determined to be entitled.

−4−

COUNT III

Patent Infringement: Enhanced Damages and Attorneys' Fees

13. S-Box, LLC's infringement as alleged herein is willful and in bad faith. Accordingly. Mr. Potts is entitled to recover enhanced damages and attorneys' fees in addition to its actual damages.

RELIEF REQUESTED

WHEREFORE, Mr. Potts respectfully requests the following relief:

A.   Upon Count I, issuance of a Temporary Restraining Order and preliminary and permanent injunctions prohibiting S-Box, LLC from operating, assigning, manufacturing, selling, or installing the Infringing Device and prohibiting all future infringement of the patent by S-Box;

B. Upon Count II, a judgment of damages against S-Box, LLC for infringement of the Patent;

C. Upon Count III, enhanced damages and attorneys' fees; and

D.   All such other relief of whatever nature as may be just and equitable and/or required or permitted by law.

Dated this _____ 12th _____ day of January, 2009.

RESPECTFULLY,   DAVID A. POTTS

BY _____
Keith R. Ainsworth
Evans, Feldman & Ainsworth, L.L.C.
261 Bradley Street
P.O. Box 1694
New Haven, CT 06507-1694
Tel:(203)772-4900
Fax:(203)782-1356
Fed Bar #ct08118
krainsworth@snet.net

## VERIFICATION

STATE OF CONNECTICUT

                    : New Haven

COUNTY OF NEW HAVEN

David Potts, personally appeared before the undersigned attesting Commissioner of the Superior Court authorized to administer oaths, who having first been duly sworn, deposes and says that he is President of Geomatrix, LLC, and that he has authority to verify the Complaint on behalf of Geomatrix, LLC; and that he has personally read the foregoing Verified Complaint and that its factual averments are true and accurate to the best of his knowledge and belief.

This _____ 8th _____ day of January, 2009.

_____
David Potts, Individually and President of Geomatrix, LLC Duly Authorized

_____
Keith  R. Ainsworth, Esq.,
Commissioner of the Connecticut Superior Court

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

David Potts

## DEFENDANTS

S-Box, LLC

**(b)** County of Residence of First Listed Plaintiff  **Middlesex**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **Middlesex**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Keith R. Ainsworth, Esq, Evans, Feldman & Ainsworth, LLC, P.O. Box 1694, 261 Bradley St, New Haven, CT 06507-1694

Attorneys (If Known)

Robert Freed, Esq., Moore & Hansen, PLLP

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 271

Brief description of cause:
Patent infringement of septic system technology

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):  JUDGE                DOCKET NUMBER

DATE
01/12/2009

SIGNATURE OF ATTORNEY OF RECORD
*Keith R. Ainsworth ct08118*

FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE